UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SOLUTION MARKETING, INC., <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> MASTER CUTLERY, INC., <br><br> Defendant/Counterclaimant. <br><br> and Related Counterclaims. | Case No. ED CV13-01469 JAK (PLAx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL** <mark>**JS-6**</mark> <br><br> **Hon. John A. Kronstadt** |

-2-

1  Pursuant to the Stipulation of the parties, and good cause appearing, IT IS
2  ORDERED that:
3  This action, including all claims asserted by any party, is dismissed with
4  prejudice pursuant to Rule 41.  Each party shall bear its own attorneys' fees and
5  costs.

8  Dated: May 11, 2015                           _____
9                                                John A. Kronstadt
                                                  United States District Court Judge

11 SAG PAS1356085.1-*-05/8/15 2:47 PM